■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO WILSON, Also Known as DERRICK RICHARDSON, Appellant. [810 NYS2d 716]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered July 21, 2004. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.